IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| ROGER JUDGE, | ) | Civil Action No. 2:11-2275 DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| -vs- | ) | |
| | ) | |
| CHRISTOPHER SMALL; MS. REBECCA BRYANT; MR. HENRY SMALLS; MR. CLARENCE SMALLS; MR. ISAAC SMALLS; MS. ANNIE MAE SMALLS, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

This matter is before the court pursuant to plaintiff's Motion for Reconsideration of the Order Affirming Report and Recommendation. This motion was filed on November 14, 2011.

Plaintiff contends that his objections to the Report and Recommendation were not considered, although they were filed on time. Indeed, the court did consider plaintiff's objections, as noted in its order in the last sentence of the second paragraph: "Objections to the magistrate judge's report and recommendation were timely filed on October 6, 2011."

**IT IS THEREFORE ORDERED** that plaintiff's Motion for Reconsideration of the Order Affirming Report and Recommendation is **DENIED**.

**AND IT IS SO ORDERED.**

_____
David C. Norton
Chief United States District Judge

November 18, 2011
Charleston, South Carolina